In the Matter of the Construction of the Will of JOHN T. REHILL, Deceased.

MARY R. REHILL et al., Appellants; ALICE G. REHILL, as Executrix of JOHN T. REHILL, Deceased, Respondent.

(Argued January 13, 1933; decided January 27, 1933.)

*John W. Davidson* and *William A. Davidson* for appellants.

*James J. Conlin* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, LELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.